IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| James M. Bertram, | : | |
| Plaintiff, | : | |
| v. | : | Case No.  2:07-cv-0737 |
| Michael J. Astrue, Commissioner of Social Security, | : | JUDGE MARBLEY |
| | : | |
| Defendant. | : | |

ORDER

The plaintiff filed a motion to remand this case for consideration of new and material evidence, as authorized by 42 U.S.C. §405(g), sentence six.  On June 23, 2008, the Court directed the Commissioner to file any objection to such a remand within ten days.  The Commissioner has not objected.  Consequently, this case is REMANDED to the Commissioner for the holding of an additional hearing to ascertain the exact onset date as based on the evidence of record, to include exhibits submitted and the fully favorable decision issued in the second application, pursuant to 42 U.S.C. §405(g), sentence six.


    s/Algenon L. Marbley
Algenon L. Marbley
United States District Judge