**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| James M. Bertram, | : | |
| Plaintiff, | : | |
| v. | : | Case No.  2:07-cv-0737 |
| Michael J. Astrue, | : | JUDGE MARBLEY |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the July 30, 2008 Order, this action is hereby REMANDED to the Commissioner of Social Security to consider new and material evidence.

Date: **July 30, 2008**             **James Bonini, Clerk**

s/Betty L. Clark
Betty L. Clark/Deputy Clerk